UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOHAMED M. SAEED MOUSA,

       Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant,

                                                 /

Case No.  1:16-CV-352

HON. PAUL L. MALONEY

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Dated:    January 18, 2017        /s/ Paul L. Maloney
                                                        PAUL L. MALONEY
                                                        UNITED STATES DISTRICT JUDGE